Michael F. Bell (SBN 89046)
E-mail: *mbell@bwslaw.com*
Connor C. Boyd (SBN 287297)
E-mail: *cboyd@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Plaintiff and Counterdefendant
United of Omaha Life Insurance Company

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAM BUKENYA,<br><br>　　　　Defendant. | Case No. CV 12-4520 GAF (RZx)<br><br>**JUDGMENT** |
| RAM BUKENYA,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　Counterdefendant. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered:

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiff United of Omaha Life Insurance Company and against Defendant Ram Bukenya for breach of contract as set forth in the Complaint.

Accordingly, the Court enters judgment against Defendant and Counterclaimant Ram Bukenya in the amount of $130,702.

IT IS SO ORDERED.

DATED: September 17, 2013     By: _____
                                                        HON. GARY ALLEN FEESS
                                                        U.S. DISTRICT COURT JUDGE

JS-6